IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYL Y. JERNIGAN, § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:22-cv-02580-D (BT) |
| § | |
| CHARLES B. McMILLAN, et al., § | |
| Defendants. § | |

# **MAGISTRATE JUDGE'S QUESTIONNAIRE TO PLAINTIFF**

Plaintiff must answer each of the following questions in the space provided and verify the answers under penalty of perjury by signing on the signature line at the conclusion of this questionnaire. Plaintiff must return the verified answers to the United States Magistrate Judge by **January 10, 2022**. If Plaintiff fails to timely return the verified answers, the Magistrate Judge may recommend that the case be dismissed for want of prosecution.

Signed December 9, 2022.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

1

**QUESTION NO. 1**: What did each defendant do to you? When did they do it? Provide as much detail as possible, including specific dates if you know them.

**ANSWER**:

a. Charles B. McMillan


b. Youtube Inc.

**QUESTION NO. 2**: How did each defendant's actions against you violate the law?

**ANSWER**:

a. Charles B. McMillan


b. Youtube Inc.

**QUESTION NO. 3**:  On what legal basis or bases is your lawsuit based? State all legal statutes and case law on which you rely.


**ANSWER**:

**QUESTION NO. 4:** You state that you are seeking $3 million in compensatory damages and $20 million in punitive damages. Are you seeking any other relief from this lawsuit?

**ANSWER:**

## VERIFICATION

STATE OF TEXAS            )
                          )
COUNTY OF _____   )

    I understand that a false statement or answer to any question in this cause of action will subject me to penalties for perjury. I hereby declare (or certify, verify or state), under penalty of perjury, that the foregoing answers are true and correct. (28 U.S.C. § 1746).

    SIGNED on this _____ day of _____, 2022.

                                                                                 _____
                                                                                 Plaintiff