IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHERYL YVETTE JERNIGAN, §
§
    Plaintiff, §
§
v. § No. 3:22-cv-02580-N-BT
§
CHARLES B. McMILLAN, et al., §
§
    Defendants. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 17, 2023. (ECF No. 16). The Court has made a de novo review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. It is hereby **ORDERED** that Plaintiffs request for ex parte relief is **DENIED**, and the request for a preliminary injunction is **stayed** until Plaintiff has effectuated service of process on Defendants and briefing on Plaintiff's request for a preliminary injunction is complete.

**SO ORDERED,** this 22nd day of February, 2023.

CHIEF JUDGE DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE