

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 APR -3 AM II: 33

DEPUTY CLERK _____

mb

| STYLE OF CASE: | Cheryl Y. Jernigan |
| Docket NO. | Case 3:22-cv-02580 N (BN) |
| Date | April 03, 2023, EXHIBIT for Certificate of Service Court's Copy |

| NO | EXHIBIT LIST | DATE | PAGES | |
|----|--------------|------|-------|---|
| 1 | Certificate of Service the Courts Copy for March 10, 2023 | 03/10/2023 | 1 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Certificate of Service

On March 10, 2023, I filed the foregoing document, with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2)

MOTION FRCP 6B. FOR EXTENDING TIME AND FRCP 201D JUDICIAL NOTICE TO BE DECIDED BY A UNITED STATES DISTRICT, JUDGE.

Cheryl Y. Jernigan Pro-Se

Certified Mail #7022 3330 0001 5737 2852

YOUTUBE, INC.
901 Cherry Ave
Second Floor
San Bruno, CA.94066

Certified Mail #7022 3330 0001 5737 2845

CHARLES B. MCMILLAN
224 DOOLITTLE DR
CHAPIN, SC 20936

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS, DIVISION

CHERYL Y. JERNIGAN
Plaintiff

v.

3:22 -CV-02580-N- (BN)
Civil Action No.

SEE ATTACHMENT PAGE 1 OF 1
Defendant

## COMPLAINT

CYBERBULLYING,TEXTS,CYBERSTALKING; THE DEFENDANT,MR. CHARLES B. McMILLAN,
ANNOUNCED ME, MS.CHERYL Y. JERNIGAN,"AKA"TOOTHLESS TIGER AS A SEXUAL PREDATOR, ON
"YOUTUBE" AND THERE IS MORE, WITH OTHER WITNESSE'S. 1,5,6,14,AMENDMENTS OF US
CONSTITUTION: "DEFAMATION"AND "SLANDER"

AS RESULTING IN HARASSMENT, INTIMDATION, OR HUMILIATION, THROUGH ELECTRONIC
MEANS OR OTHER TECHNOLOGY,SUCH AS, BUT NOT LIMITED TO TEXTING, EMAIL, INSTANT
MESSAGING, CHATTING, INTERNET, SOCIAL NETWORKING, WEBSITES OR OTHER PLATFORMS OR
FORMATS. CHARLES McMILLAN "AKA"MR. SKINNY TV STATES ON YOUTUBE HE IS THE LEADER
OF THE SKINNY GANG. *****PLAINTIFF DEMAND FOR JURY*****

RELIEF; COMPENSATORY DAMAGES FOR THREE MILLION DOLLARS,PUNITIVE DAMAGES
TEN-MILLION DOLLARS:

\* Attach additional pages as needed.

| | |
|---|---|
| Date | APRIL 3, 2023 |
| Signature | *Cheryl Y. Jernigan* |
| Print Name | CHERYL Y. JERNIGAN |
| Address | 1443 MORREL AVE |
| City, State, Zip | DALLAS TEXAS 75203 |
| Telephone | 214-557-4296 |

EXHIBIT 2                                    Page 2 of 2

*ATTACHMENT TO COMPLAINT

No. 3:22-cv-02580-N (BN)


CORRECT DEFENDANTS NAME OF PARTY'S

CHARLES B. MCMILLAN, a/k/a - MR. SKINNY TV LLC, MR. SKINNY TV DA DON,

SUNDAR PICHIA, CEO GOOGLE, LLC. d/b/a (YOUTUBE, INC.)