# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS, DIVISION

CHERYL Y. JERNIGAN
Plaintiff

v.

3:22 -CV-02580-N- (BN)
Civil Action No.

SEE ATTACHMENT PAGE 1 OF 1
Defendant

## COMPLAINT

CYBERBULLYING,TEXTS,CYBERSTALKING; THE DEFENDANT,MR. CHARLES B. McMILLAN, ANNOUNCED ME, MS.CHERYL Y. JERNIGAN,"AKA"TOOTHLESS TIGER AS A SEXUAL PREDATOR, ON "YOUTUBE" AND THERE IS MORE, WITH OTHER WITNESSE'S. 1,5,6,14,AMENDMENTS OF US CONSTITUTION: "DEFAMATION"AND "SLANDER"

AS RESULTING IN HARASSMENT, INTIMDATION, OR HUMILIATION, THROUGH ELECTRONIC MEANS OR OTHER TECHNOLOGY,SUCH AS, BUT NOT LIMITED TO TEXTING, EMAIL, INSTANT MESSAGING, CHATTING, INTERNET, SOCIAL NETWORKING, WEBSITES OR OTHER PLATFORMS OR FORMATS. CHARLES McMILLAN "AKA"MR. SKINNY TV STATES ON YOUTUBE HE IS THE LEADER OF THE SKINNY GANG. *****PLAINTIFF DEMAND FOR JURY*****

RELIEF; COMPENSATORY DAMAGES FOR THREE MILLION DOLLARS,PUNITIVE DAMAGES TEN-MILLION DOLLARS:

* Attach additional pages as needed.

Date: APRIL 3, 2023

Signature: *Cheryl Y. Jernigan*

Print Name: CHERYL Y. JERNIGAN

Address: 1443 MORREL AVE

City, State, Zip: DALLAS TEXAS 75203

Telephone: 214-557-4296

EXHIBIT 2                                                                 Page 2 of 2

*ATTACHMENT TO COMPLAINT

No. 3:22-cv-02580-N (BN)

CORRECT DEFENDANTS NAME OF PARTY'S

CHARLES B. MCMILLAN, a/k/a - MR. SKINNY TV LLC, MR. SKINNY TV DA DON, SUNDAR PICHIA, CEO GOOGLE, LLC. d/b/a (YOUTUBE, INC.)