IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL Y. JERNIGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-2580-N-BN |
| | § | |
| CHARLES B. MCMILLAN and YOUTUBE, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES the Request for Copyright Infringement Order [Dkt. No. 49] construed as either a motion for leave to amend (to file a second amended complaint) under Federal Rule of Civil Procedure 15(a)(1) or a motion for leave to serve a supplemental pleading under Federal Rule of Civil Procedure 15(d).

SO ORDERED this 25th day of August, 2023.

_____
DAVID C. GODBEY
CHIEF JUDGE