# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

### DALLAS DIVISION

| | | |
|---|---|---|
| **CHERYL YVETTE JERNIGAN** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **No. 3:22-cv-02580-N (BN)** |
| | § | |
| **CHARLES B. McMILLAN, et al.,** | § | |
| **Defendant,** | § | |
| | § | |

## DEFAULT JUDGMENT AGAINST DEFENDANT MCMILLAN

**TO THE HONORABLE UNITED STAETS DISTRICT JUDGE OF SAID COURT:**

**COMES NOW, CHERYL YVETTE JERNIGAN, PLAINTIFF IN ABOVE**

**STYLE AND NUMBERED CAUSE AND WOULD SHOW THE FOLLOWING.**

### I

### REQUEST DEFAULT JUDGEMENT

*1.01*    "Plaintiff" has given proper notice to the nonresponsive Defendants Charles B.

McMillan, Mr. Skinny LLC., and Mr. Skinny Da Don; Charles B. McMillan, Mr. Skinny

LLC., and Mr. Skinny Da Don (collectively referred to as "Defendants" wherever

applicable) according to the approved Court Order granting Plaintiff permission to serve

the Defendants through their YouTube Channel, after not being able to have them served

at his last known address with the Complaint, and Summons and Process of Service

Forms; the Defendants requested that the Post Office hold all of their Certified mail sent

**RULE 55 DEFAULT JUDGMENT MOTION -**                                                 **1**

to his address; Plaintiff did receive not one green card back acknowledging acceptance of any additional mail, the named Defendants nor their Representative have filed an answer to the Complaint or Summons served to them by attempted visits to the home or by Court Order Service through their YouTube Channel; it is well over the allotted time given by the Federal Rules of Civil Procedure 5. Plaintiff is requesting Default Judgment entry according to F.R.C.P. 55(a) *N.Y. Life Ins. Co. v. Brown, 84 F.3d 137, 141 (5th Cir. 1996)*

## II.

## RULE 55. JUDGMENT BY DEFAULT

**2.01** (a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

## III.

## RULE 55. NOTICE OF DEFAULT JUDGMENT

**3.01** (2) *By the Court.* In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to:

(A) conduct an accounting;

**RULE 55 DEFAULT JUDGMENT MOTION -**                                    **2**

(B) determine the amount of damages;

(C) establish the truth of any allegation by evidence; or

(D) investigate any other matter.

## IV.

### **Factual Allegation Common to All Counts**

**4.01**  Plaintiff has a multifaceted Sole Proprietor business involving the establishment of a small following through a channel on the website www.youtube.com ("YouTube"), a channel which currently has 1,432 subscribers, actively uploading videos since June 26 2021; memberships since July 26, 2022; monetized since August 20, 2022 as well as a once thriving merchandise business focusing on my products of journals, ink pens, t-shirts, key-rings; memory pillows, mugs and cups.

**4.02**  Plaintiff has been actively using YouTube to enhance my business since June 26, 2021, and have accumulated over 109,443 views using various videos and marketing materials.

**4.03**  Plaintiff generates revenue through my online presence through YouTube channel, memberships and through the sell of my personal products to various subscribers and customers.

**4.04**   For more than a year, Defendant McMillan has acted in the capacity of the Leader of his YouTube Cult Skinny Gang, he and some of his members have made numerous attempts to discredit and disparage Plaintiff's character, content, and products.

**RULE 55 DEFAULT JUDGMENT MOTION -**                                                                                          3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**4.05**    Upon information and belief, Defendant McMillan produces, hosts, and publishes videos on YouTube entitled "Mr. Skinny Da Don."

**4.06**    Upon information and belief, while Mr. Skinny Da Don calls his site "Roasting YouTube Content Creators Eyebrows Off For Entertainment Purposes! I Exposed Kwame Brown And His Cult! #1 Black YouTuber!" the real purpose of "Mr. Skinny Da Don" is to provide a platform for Defendant McMillan to publish and spread malicious rumors, slanderous assertions, and false information about content creators, including Plaintiff, for his personal financial gain.

**4.07**    Upon information and belief, Defendant McMillan does this to draw various larger celebrity types of content creators and celebrity sports figures' social media followers to his site, including Plaintiff's social media followers, so he can increase what he charges for interviews and advertising to third parties that advertise and / or interview with him.

**4.08**    Upon information and belief, over the past year, Defendant McMillan targeted Plaintiff and began making degrading statements regarding Plaintiff.

**4.09**    Upon information and belief, Defendant McMillan had listened to Plaintiff's video, "How I Became Toothless Tiger" and heard Plaintiff share my life story, on Nov 13, 2022, Defendant McMillan published a video where Defendant McMillan stated because of Plaintiff 'talked about brown skin lady child, you're talking about Miss coco's child, you talked about my children that's what child predators do.

**RULE 55 DEFAULT JUDGMENT MOTION -**                                                    **4**

**4.10**   Upon information and belief, in the past few months, Defendant McMillan has taken his vitriol one step further by making blatantly defamatory statements regarding Plaintiff.

**4.11**   Upon information and belief, Defendant McMillan has become obsessed with slandering Plaintiff.  In the last 12 months, has put out at least one hundred or more videos regarding Plaintiff.

**4.12**   Upon information and belief, as set forth below, Defendant McMillan's videos about Plaintiff attract substantially more cash-app's than most of his other videos, which is part of the reason he has repeatedly targeted Plaintiff.

**4.13**   Upon information and belief, to this end, Defendant McMillan has published in the past few months several videos with more false and defamatory statements about Plaintiff, who has become the target of Defendant McMillan's malicious campaign to damage and destroy Plaintiff's reputation among his subscribers and the consuming public.

**4.14**   Upon information and belief, Defendants have been on a smear campaign to destroy or otherwise harm Plaintiff's ability to operate and conduct my respective channel and business.

### COUNT I-Defamation *Per Se*
#### (Plaintiff v. Defendant McMillan)

**4.15**   Plaintiff  restate and incorporate herein by reference Paragraphs 4.01 through 4.13 above as and for Paragraph 4.14 of this Count I as if such allegations were fully set forth herein.

**4.16**   Defendant McMillan intentionally made a video in an unfinished seemingly empty garage where he chose to announce to the world on his Mr. Skinny Da Don YouTube Platform, speaking directly to the Plaintiff that Plaintiff is a Child Predator interested in his kids' toys.

**4.1 7**   Defendant McMillan intentionally accused Plaintiff of committing a crime against children because he believes since Plaintiff was molested, Plaintiff  molested children.

**4.1 8**   Defendant McMillan intentionally accused Plaintiff of scamming and defrauding Subscribers out of money for a fake lawsuit. And a page (The Real Truth) that Defendant McMillan stated he once owned, posted Plaintiff's financial statement submitted to the Court for Informa Pauperis request  plastered on that page's community wall with nothing redacted.

**4.1 9**   Upon information and belief, the statements contained within Defendant McMillan's videos implicitly and explicitly reference Plaintiff.

**4. 20**   All of Defendant McMillan's Aforementioned statements are false.

**4.21**   Upon information and belief, Defendant McMillan knew or should have known at the time of his having made each such statement that each such statement was false.

**4.22**   Plaintiff has not done any of the actions alleged herein by Defendant McMillan.

**RULE 55 DEFAULT JUDGMENT MOTION –**                                                    **6**

**4.23**   Upon information and belief,  Defendant McMillan false and malicious statements about Plaintiff and the implications drawn there from are defamatory *per se* because they tend to injure Plaintiff in my trade, profession, or community standing and lower Plaintiff's reputation in the estimation of the community.

**4.24**  Upon information and belief,  Defendant McMillan false and malicious statements about Plaintiff and the implications drawn therefrom are defamatory *per se* because they made Plaintiff appear odious, infamous, or of extremely disreputable character.

**4.25**  Upon information and belief, Defendant McMillan published false and defamatory statements about Plaintiff to third parties who reasonably believed such statements are true assertions by someone with personal knowledge of Plaintiff.

**4.26**   Upon information and belief, Defendant McMillan published false and defamatory statements about Plaintiff with knowledge of their falsity or with reckless disregard as to their truth or falsity.

**4.27**   Alternatively, Defendant McMillan published false and defamatory statements about Plaintiff negligently as to the truth or falsity of what the former was saying about the latter.

**4.28**   Furthermore, upon being given a chance to retract his statements and apologize therefore, Defendant McMillan instead reaffirms his position that his statements are truthful based upon his false statements regarding Plaintiff being a Child Predator.

**RULE 55 DEFAULT JUDGMENT MOTION -**                                                              7

**4.29**    Upon information and belief,  Defendant McMillan published false and defamatory statements about Plaintiff with both common law intent and actual malice and with the intent of harming Plaintiff.

**4.30**    Upon information and belief, Defendant McMillan false and defamatory statements about Plaintiff has caused substantial injury to Plaintiffs' reputation, professional interests, and overall well-being.

**4.31**    Upon information and belief, Defendant McMillan made false and defamatory statements about Plaintiff has caused substantial injury to Plaintiffs' reputation and other's opinion of Plaintiffs' ability as a business and integrity.

**4.32**    Upon information and belief, Defendant McMillan knew that publishing a video regarding Plaintiff would draw substantially more viewers to his content than he typically garners since #1 Draft Pick NBA Player Kwame Brown stopped beefing with him.

**4.33**    Upon information and belief,  Defendant McMillan false and defamatory statements about Plaintiff are willful, wanton, and malicious, are intended to deliberately harm Plaintiff, and are made with a callous indifference to Plaintiff and the effect such statements would have on her.

**RULE 55 DEFAULT JUDGMENT MOTION –**                                                    **8**

**4.34**     Upon information and belief,  Defendant McMillan has refused and continues to refuse Plaintiff's request for a retraction despite knowing that what he had published about Plaintiff is false and defamatory and had caused - and continues to cause - serious injury to Plaintiff.

**4.35**     Upon information and belief, Thus, in publishing his numerous false and defamatory statements about Plaintiff, Defendant McMillan had an improper motive or callous indifference to Plaintiffs' rights and interests.

**4.36**     As a result of Defendant McMillan's outrageous and repeated unlawful conduct toward Plaintiff, Defendant McMillan should be ordered to pay substantial punitive damages herein for the damage he has caused and will continue to cause Plaintiffs to endure.

**4.37**     Additionally, as a direct and proximate result of the foregoing, Plaintiff is requesting  an order permanently enjoining Defendant McMillan and all his respective agents, officers, employees, representatives, successors, assigns, attorneys, implied YouTube Cult Gang members and all other persons acting for, with, by, through, or under authority from Defendant McMillan, or in concert or participation with Defendant McMillan, from: making, disseminating, broadcasting, or publishing any statements that Plaintiff has or had Yeast Infection and Dark Circle around the Mouth; that Plaintiff uses or has smoked crack and/or that Plaintiff's only child is not gay or the product of an incestuous molestation when Plaintiff was a child under 8 years old, as well as an order requiring Defendant McMillan to retract, remove, and repudiate in full all defamatory and disparaging statements made regarding Plaintiff.

**RULE 55 DEFAULT JUDGMENT MOTION -**                                                          **9**

### COUNT II - Tortious Interference with Prospective Business Advantage
### ( Plaintiff v. Defendant McMillan)

**4.38**   Plaintiffs restate and incorporate herein by reference paragraphs 4.01 through 4.37 above as and for Paragraph 4.38 of this Count II as if such allegations were fully set forth herein.

**4.39**   Upon information and belief, Plaintiff have and had a reasonable expectation of entering into a valid business relationship with my customers and YouTube channel subscribers.

**4.40**   Upon information and belief, Defendant McMillan knew that Plaintiffs had a reasonable expectation of entering into a valid business relationship with her customers and her YouTube channel subscribers.

**4.41**   Upon information and belief, As an individual with her own YouTube channel and a person seeking additional subscribers, Defendant McMillan purposefully and intentionally interfered with Plaintiffs' legitimate expectancy from ripening into a valid business relationship in order to increase Defendant McMillan's own standing and YouTube subscribers.

**4.42**   Upon information and belief, Defendant McMillan's  false statements and accusations regarding Plaintiffs' business resulted in the loss of the majority of Plaintiffs' content on YouTube, which Defendant McMillan openly bragged about.

**4.43**   Upon information and belief, Due to  Defendant McMillan's actions, Plaintiff has lost revenue from memberships, super chats, cash apps and subscribers to Plaintiff YouTube channel and merchandise sells.

**RULE 55 DEFAULT JUDGMENT MOTION -**                                                     **10**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**4.44**   Upon information and belief, as a result of Defendant McMillan in his capacity as the implied Leader of the YouTube Cult Skinny Gang and his members both past and present acting out at his requests as his War Teams and Flag Teams repeated outrageous, comments, videos, panels, and flagging they have grown their channels as Defendants' actions have stunted Plaintiff's subscriber and financial growth :

**1.** Toothless Tiger – Sunday Aug 21, 2022, **1,370 subscribers**

Toothless Tiger – Tuesday Aug 08, 2023, **1,430 subscribers Total Gained (60) subs**

**2.** * Mr. Skinny Da Don Live- Wednesday 24, Aug 24, 2022, **1680 subscribers**

 Mr. Skinny Da Don Live- Saturday 19, Aug 2023, **2770 subscribers Total Gained (1,090) subs**

**3.**  Skinny The Hellcat Don (Mr. Skinny LLC) Wednesday 25, Aug 2022, **43,000 subscribers**

Skinny The Hellcat Don (Mr. Skinny LLC) Tuesday 8, Aug 2023, **63,600 subscribers Total Gained (20,600) subs, it is unreasonable to believe this channel grew this much over the Aug 21, 2022. – Aug 8, 2023 when the majority of the videos were about Plaintiff on the two Don channels.**

**4.** *Mr. Skinny Da Don - Sunday 20, Aug 2022, **8280 Subscribers**

Mr. Skinny Da Don -Tuesday 8 Aug 2023, **9,140 Subs Total Gained (860) subs**

**\*These are the two channels used to make the majority of all disparaging videos about Plaintiff.**

**RULE 55 DEFAULT JUDGMENT MOTION -**                                                    **11**

**5.** SupaNovasOpinion- Tuesday 25, October 2022, **153 Subscribers**

SupaNovasOpinion-Tuesday 6, Jun 2023, **817 Subs Total Gained (664) subs**

**6.** RealChaseBankGaming- October 2022, **184 Subscribers**

RealChaseBankGaming-July 2023, **920 Subs Total Gained (736) subs**

**7.**Big Greg-Wednesday 24, Aug 2022, **59 Subscribers**

Big Greg-Saturday 19, Aug 2023, **559 Subs Total Gained (500)**

**8.** "It's Just Jewels"- October 2022, **183 Subscribers**

"It's Just Jewels"- July 2023, **837 Subs Total Gained (654)**

**9.** Brownskinlady – Wednesday 22 Mar 2021 **756 Subscribers**

Brownskinlady- Saturday 19, Aug 2023, **1,580 Subs Total Gained (824)**

**10.** LadyDeeJ- Wednesday 24, Aug 2022, **1,320 Subscribers**

LadyDeeJ- Saturday 19 Aug 2023, **3,470 Subs Total Gained (2,150)**

**11.** TY Rhea TV Month of September 2022-**2,440 Subscribers**

TY Rhea TV- Month of July 2023, **5,000 Subs Total Gained (2,560)**

**12.** Straight Talk TV- Tuesday 23 Aug 2022, **Subscribers 2,890**

**RULE 55 DEFAULT JUDGMENT MOTION -**                                     12

Straight Talk TV- Friday 18 Aug 2023, **Subs 7,130 Total Gained (4,240)**

**13.** Armondo Black TV- Thursday 18 Aug 2022, **Subscribers 3, 290**

Armondo Black TV- Tuesday 29 Aug 2023, **Subs 7,110 Totaled Gained (3,820)**

**14**. D-Truth TV- Month of Aug 2022, **Subscribers 1,030**

D-Truth TV- Month of August 2023, **Subs 1,420 Totaled Gained (390)**

### COUNT III- Civil Conspiracy
### (Plaintiff v. Defendants`)

**4.45**   Plaintiffs restate and incorporate herein by reference paragraphs 4.01 through 4.44 above

as and for Paragraph 4.45 of this Count II as if such allegations were fully set forth herein.

**4.46**   Upon information and belief, in an effort to harm Plaintiff and her business, Defendant

McMillan acting in the capacity as the implied Leader of his YouTube Cult Skinny Gang and his

implied members acting as  representatives of the Skinny Gang shared information and

coordinated their videos on YouTube about Plaintiff.

**4.47**   Upon information and belief, in total Defendant McMillan in his capacity as the implied

Leader of his YouTube Cult Skinny Gang and some of his members have made more than 200

videos on their YouTube channels disparaging and otherwise spreading false statements of fact

regarding ToothlessTiger, and Defendant McMillan and a few of his implied YouTube Cult

**RULE 55 DEFAULT JUDGMENT MOTION -**                                                    **13**

Skinny Gang members states my government name in several of their videos and has renamed me Truthless Liar on YouTube. In addition, some of Defendant McMillan implied YouTube Cult Skinny Gang members acting in the capacity as such, continued to brag about how they were making money and building their channels off Plaintiff's back based on Defendant McMillan's false statement about Plaintiff.

**4.48**    Upon information and belief, Defendants YouTube channel is widely known as Mr. Skinny LLC (Mr. Skinny Hellcat Don) 63.6k and Mr. Skinny Da Don 9.2k subscribers; Mr. Skinny Da Don Live 2,7k the last two channels is where most of his disrespectful videos about Plaintiff are made.

**4.49**    Upon information and belief, unlike Plaintiff, the Defendant McMillan produces content by speaking disparagingly about Plaintiff's deceased Mother (her vaginal area of her body), Father, and Brother; Plaintiff's childhood molestation which Plaintiff shared to help others to heal, as well as Live Streaming Plaintiff's content twice a week for approximately the past (8) months while Plaintiff is live and publicly degrading and humiliating her, i.e., videos to generate additional revenue through YouTube and to obtain additional subscribers.

**4.50**    Upon information and belief, unlike Plaintiff, who generate revenue from Plaintiffs' content by sharing my 64-years of life experience, knowledge, and wisdom and my 10-year journey of research on who we were before we were called Slaves and discussing Chapters of various Self-help books, Defendant McMillan generally produce content by making false and

**RULE 55 DEFAULT JUDGMENT MOTION –**                                                            **14**

defamatory videos regarding Plaintiff being a Child Predator and speaking outrageously about various individuals in the Sector.

**4.51**   Upon information and belief, Specifically, Defendant McMillan acting in the capacity of the implied Leader of is YouTube Cult Skinny Gang and some of the implied members have collectively created, posted, and published over two hundred videos regarding Plaintiff, up until March 2023, when he Expelled several members from His implied YouTube Cult Skinny Gang: TY Rhea, Straight Talk TV; South Side TV; Travis Sills; BMK21 Gamming; Lonnie1Love, all of whom publicly apologized to me for their past actions; So-Obvi-Love, Brownskinlady, ARandom Podcast, and Mack Kay did not.

**4.52**   On October 09, 2022, Plaintiff made a public plea to Mr. Gilbert Arenas Sr., to tell his Son Ex- NBA Player Gilbert Arena's Jr. to tell his employee at the time Mr. Skinny to leave Plaintiff alone please. **URL: https://www.youtube.com/watch?v=Ppvn2vAIj8&t=8283s Time Stamp 2:54:08 - 2:58:40**

**4.53**   Upon information and belief, Plaintiff received a disingenuous apology from Defendant McMillan stating he spoke with Daddy Gil, (Mr. Gilbert Arenas Sr.) and they decided that he should apologize so, if he said anything to hurt me, he apologizes and he would never speak my name again, he has women to handle women and he will stick to the men.

**4.54**   Upon information and belief, Unfortunately, Defendant McMillan acting in the capacity of the implied Leader of his YouTube Cult Skinny Gang and his implied YouTube Cult Skinny

**RULE 55 DEFAULT JUDGMENT MOTION -**                                                    **15**

Gang members and representatives doubled down and made additional videos and held more panels regarding Plaintiff daily.

**4.55**   Upon information and belief,  Defendant McMillan acting in the capacity of the implied Leader of his YouTube Cult Skinny Gang and his implied YouTube Cult Skinny Gang members and representatives false and malicious statements about Plaintiffs have caused and continue to cause substantial injury to Plaintiffs' reputation, growth in my channel, loss of revenue, and Plaintiff's personal well-being, among other things.

**4.56**   Upon information and belief, Defendant McMillan acting in the capacity of the implied Leader of his YouTube Cult Skinny Gang and his implied YouTube Cult Skinny Gang members and representatives false and malicious statements about Plaintiff has caused and continue to cause substantial injury to Plaintiffs' reputation, as it reflects poorly upon Plaintiff's standing as a Content and directly implies that Plaintiff is untrustworthy and has destroyed a substantial portion of Plaintiffs' good-will with my subscribers.

**4.57**   Upon information and belief, Defendant McMillan acting in the capacity of the implied Leader of his YouTube Cult Skinny Gang and his YouTube Cult Skinny Gang members and representatives false and malicious statements about Plaintiff have caused and continue to cause deep embarrassment, humiliation, loss of revenue, and emotional distress for Plaintiff.

**4.58**   Upon information and belief, Defendant McMillan acting in the capacity of the implied Leader of his implied YouTube Cult Skinny Gang false and malicious statements about Plaintiff,

along with one of his implied YouTube Cult Skinny Gang Members at the time on November 10, 2022,  sent Straight Talk TV (3) videos one of them for him to release with Plaintiff's home and personal vehicle in it, which caused and continue to cause damage to Plaintiff's family, as it has resulted in threats and harassment to Plaintiff and her family at our home.

**4.59**   Upon information and belief, Defendant As a result of  Defendant McMillan's outrageous and repeated unlawful conduct toward Plaintiff, Defendant McMillan should be ordered to pay substantial punitive damages herein for the damage he and his channels have caused and will continue to cause Plaintiff to endure.

**4.60**   Upon information and belief, Defendant McMillan acting in the capacity of the implied Leader of his implied YouTube Cult Skinny Gang and his implied YouTube Cult Skinny Gang member Almanita Alston as his representative False Copyright Struck (5) of Plaintiff's videos as they desired to work together in an effort to harm Plaintiff while simultaneously increasing Defendants' subscribers and followers.

**4.61**   Upon information and belief, Defendant McMillan acting in the capacity of the implied Leader of his YouTube Cult Skinny Gang and his implied YouTube Cult Skinny Gang member and representative Almanita Alston did so in an effort to accomplish the improper and unlawful task of defaming and tortuously interfering with Plaintiffs' business.

**4.62**   Upon information and belief, Defendant  McMillan acting in the capacity of the implied Leader of his YouTube Cult Skinny Gang and his implied YouTube Cult Skinny Gang member

**RULE 55 DEFAULT JUDGMENT MOTION –**                                                     **17**

and representative Almanita Alston did so and took actions to do so in the furtherance of an overtly tortious and unlawful act as alleged herein.

**4.63**   Due to Defendant McMillan actions and improper and unlawful conduct, Plaintiff have been damaged.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court:

    A.   Enter Default Judgment in favor of Plaintiff and against Defendant McMillan for compensatory damages in an amount in $1,000,000.00; (as Amended in Complaint)

    B.   Enter judgment in favor of Plaintiff and against Defendant McMillan for punitive damages in an amount of $10,000,000.00; (as Amended in Complain Dkt No. 36

    C.   Enter judgment in favor of Plaintiff and against Defendant McMillan requiring that Defendant McMillan publish a retraction of his statements regarding Plaintiff;

    D.   Restraining Defendant McMillan from interfering, discussing, or otherwise harming Plaintiffs' business;

    E.   Restraining Defendant McMillan from disclosing, discussing, threatening, or otherwise attempting to disclose Plaintiffs' personal information, including address;

    F.   Restraining Defendant McMillan from bullying, harassing, stalking, threatening, discussing, or otherwise Inducing threats of violence against Plaintiff and her family;

    G.   Enjoining Permanently enjoining Defendants and their respective partners, agents, representatives, successors, assigns, employees, implied YouTube cult Gang Members and any and all persons in active convert or participation with Defendants, and each of their executors, administrators, successors, licensees, assigns, subsidiaries, parents, affiliates, divisions, co-venturers, partners, officers, directors,

employees, agents, shareholders, managers, representatives, consultants, and any and

all other persons, corporations, or other entities acting under the supervision,

direction, control, or on behalf of any of the foregoing, and Defendant McMillan,

from: making, disseminating, broadcasting, or publishing any statements that Plaintiff

has or had  a Yeast Infection in and a Dark Circle around the Mouth; that Plaintiff

uses or has smoked crack and/or that Plaintiff's only child is not gay nor the product

of an incestuous molestation when Plaintiff was a child under the age of 8 years old,

as well as an order requiring Defendant McMillan to retract, remove, and repudiate in

full all defamatory and disparaging statements made regarding Plaintiff.

H.   Enjoining Defendant McMillan from calling Plaintiffs' names such as Truthless Liar,

Jaba the Hut, Hunch Back from Oak Cliff, Uncle Fester, Hunch Back

Gummy Granny;

I.   Award Plaintiffs' costs of suit and fees to the extent permitted by law; and,

J.   Provide plaintiffs with such other and further relief as this Honorable Court

deems appropriate and just.


Respectfully submitted,


By: /s/ _Cheryl Y. Jernigan_____

Cheryl Y. Jernigan, Pro Se
1443 Morrell Ave
Dallas, Texas 75203
(214) 557-4296
cyjern1026@gmail.com


**RULE 55 DEFAULT JUDGMENT MOTION -**                                      **19**

CERTIFICATE OF SERVICE

I hereby certify that on September 05, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Cheryl Y. Jernigan*
Cheryl Y. Jernigan


Non-Registered Recipiant
Charles B. McMillan, et, al.
224 DooLittle Dr.
Chapin, South Carolina 29036

# EXHIBITS- DEFAULT JUDGMENT N0. 3:22-cv-02580-N (BN)

| 1 | EXHIBIT SHEET | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS  DALLAS DIVISION | 18 PAGES |
|---|---|---|---|
| 2 | AFFIDAVIT | Request for Default Judgment | 4 pages |
| 3 | Quickbooks | NVOICE          April 3, 2023 | 2 pages |
| 4 | Quickbooks | INVOICE          APRIL 11, 2023 | 2 pages |
| 5 | GOTCHA LEGAL SERVICES | INVOICE      February 10, 2023 | 1 page |
| 6 | AFFIDAVIT OF NON - SERVICE | 3-22-CV-2580 -D | 1 page |
| 7 | TRACKING NUMBER | 7022333000127313145   REFUSED | 1 page |
| 8 | TRACKING NUMBER | 70221670000165262856 -     Unclaimed /Being Returned to Sender | 1 page |
| 9 | TRACKING NUMBER | 70222410000268200011-    Unclaimed / Being Returned to Sender | 1 page |
| 10 | TRACKING NUMBER | 70223330000157372845- Unclaimed / Being Returned to Sender | 1 page |
| 11 | TRACKING NUMBER | 70222410000268199995 -Unclaimed / Being Returned to Sender | 1 page |
| 12 | TRACKING NUMBER | 70181130000012454704  -  Held at Post Office at Customer Request | 1 page |
| 13 | PACER | INVOICE AMOUNT   30.40 | 1 page |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exh. 1, 1 of 1

**EXHIBIT (2) PAGE 1 of 4**

<b>AFFIDAVIT</b>

**THE STATE OF TEXAS**

**COUNTY OF DALLAS**

"Comes now Affiant, and states, I Am the Plaintiff CHERYL Y JERNIGAN, I am over twenty-one (21) years of age, of sound mind; capable of making this Affidavit, and personally acquainted with the facts herein stated.

<b>AFFIDAVIT</b>

**BACKGROUND**

Plaintiff Cheryl Y. Jernigan filed a *pro se* complaint against Defendants Charles B. McMillan and YouTube, Inc., *see* Dkt. No. 4, which she later amended, *see* Dkt. No. 36.

**REQUEST FOR DEFAULT JUDGMENT ACCORDING TO F.R.C.P. 55 (a)**

Plaintiff Cheryl Y. Jernigan, a/k/a Toothless Tiger YouTuber Affidavit in Support of request for Motion for Default Judgment, I Am requesting that a Default Judgement be entered against Defendant Charles B. McMillan, Mr. Skinny LLC, and Mr. Skinny Da Don who is in Default as he did not Answer or Respond to the Complaint and Summons, which states, "If you fail to respond, judgment by default will be entered against you for the demanded in the complaint Compensatory Damages $1,000,000.00 Punitive Damages $10,000,000.00. (Amended "You also must file your answer or motion with the court." Plaintiff previously provided the Court an Affidavit of Non-Service, in which a process server Plaintiff hired swore before a notary public to three failed attempts to personally serve Defendant McMillan at a physical address in Chapin, South Carolina. *See* Dkt. No. 19 at 14 (testifying in part that, on the third attempt, the process server "spoke with a neighbor walking his dog," who "stated that the defendant is in and out all day but is usually home because of his You Tube channel").  Plaintiff

AFFIDAVIT FOR DEFAULT JUDGMENT                                           - 1

Exh. 2   1 of 4

**EXHIBIT (2) PAGE 2 of 4**

sought permission through the Court by providing through Plaintiff's own Affidavit "I know that the Defendant will be on You Tube for 2-7 hours a day at 3-different times of the day" and that "he was live-steaming on [March 24, 2023] at 1:00 pm and he read and makes posts on his community walls on YouTube." Dkt. No. 28 at 4-5. The Court responded ,"The record reflects that Jernigan has strictly complied with the requirements to authorize substituted service under Rule 106. See TEX. R. Crv. P. 106(b). That rule specifically contemplates service "electronically by social media." See TEX. R. Crv. P. 106(b)(2). And at least one federal district court in Texas has, under Rule 106, authorized service on a defendant's "social media accounts, including on ... YouTube." Indeed, Inc. v. Kahn, No. 1:21-CV-356-RP, 2021 WL 7630529 (W.D. Tex. May 28, 2021); see also Monolithic Power Sys. Co. v. Meraki Integrated Cir. (Shenzen) Tech." Ltd., No. 6:20-CV-00876-ADA, 2022 WL 1913613 at *5 (W.D. Tex. June 2, 2022) (observing that "[c]ourts are split as to whether service through social media platforms is sufficient for purposes of due process" but, "[o]n this record," concluding "that service to [a CEO's] LinkedIn profile is also a method reasonably calculated to provide notice of the suit"). The Court similarly finds, on the record here, that service on McMillan through social media - specifically his YouTube channel- is a method that appears reasonably calculated to provide notice of this suit and will therefore GRANT the motion the Motion to Substitute Service Under 106(b)(2) [Dkt. No. 28] insofar as the Court authorizes service on Defendant Charles B. McMillan through his YouTube channel/account. Plaintiff hired APS Process Service Dallas, Texas to comply with the Granted Order, which says "Jernigan must file proof of substituted service on McMillan consistent with this order by April 11, 2023." Plaintiff had Defendant McMillan, et al, served on two separate occasions (1). As an Individual *see* Dkt. No. 34 on April 04, 2023, and  (2). With the Courts

AFFIDAVIT FOR DEFAULT JUDGMENT                                                        - 2

*Exh. 2. 2g4*

**EXHIBIT (2) PAGE 1 of 3**

permission to include Defendant McMillan LLC and other YouTube Channel *see* Dkt. No.40

April 11, 2023, *New York Life Ins. Co. v. Brown, 84 F.3d 137, 140 (5th Cir. 1996); Martinez*

*v. Eltman Law, P.C., 444 F. Supp. 3d 748, 752 (N.D. Tex. 2020) ("See Lindsey v. Prive Corp.,*

*161 F.3d 886, 893 (5th Cir. 1998). ") U.S. Sec. & Exch. Comm'n v. Wilson, Civil Action 4:22-*

*cv-00741-O, (N.D. Tex. Dec. 28, 2022) ("ANT t")* Plaintiff prays that after consideration of this

Motion the Clerk will that it meets the criteria of F.R.C.P. 55 (a) and will enter the Default

Judgment motion due to Defendant McMillan non- response to the complaint and summons

served upon Defendant to address the Defamation, Denial of Plaintiffs' First and Fourteenth

Amendment Rights, Cyberbullying, Harassment, Cyber- Stalking, Deep Embarrassment,

Humiliation, Loss of Revenue, and Emotional Distress.

SEE: Exhibits included

My Sworn Affidavit is an Attached EXHIBIT (1) PAGE 1 of

### AFFIANT'S DECLARATION

X *Cheryl Y. Jernigan*                , being presently at home in Dallas Texas;

Defamed, Swindled, Cyber Bullied, and Harassed Online, Under Penalty of Perjury that, according to my belief, knowledge and information, The Facts Stated in this Affidavit are True and Correct.

Signed on  September 05, 2023.

*Cheryl Y. Jernigan*
Cheryl Y. Jernigan, Plaintiff
1443 Morrell Ave
Dallas, Texas 75203
Telephone: (214) 557-4296
cyjern1026@gmail.com

AFFIDAVIT FOR DEFAULT JUDGMENT                                    - 3

*Exh. 3 & 4*

1

**EXHIBIT (2) PAGE 1 of 4**

2

3

### OATH BEFORE A NOTARY PUBLIC

4

**STATE OF TEXAS**

5

**COUNTY OF DALLAS**

6

7

Before me, a notary public, on this day 5th Day of September 2023; personally appeared

8

, known to me to be the person whose name is subscribed to the

9

foregoing document and, being by me first duly sworn, declared that the statements therein

10

contained are true and correct.

11

12

13

(Personalized Seal)

Tiffany M Clark
My Commission Expires
10/4/2026
Notary ID133998138



Notary

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT FOR DEFAULT JUDGMENT                                                - 4

Exh 2 - 4 of 4



Payment receipt

# You paid $100.00

to A.P.S. Process Services on April 3, 2023

| | |
|---|---:|
| Invoice no. | 44462 |
| Invoice amount | $100.00 |
| Total | $100.00 |
| | |
| Status | Paid |
| Payment method | VISA****3181 |
| Authorization ID | MS0158975944 |

Thank you

## A.P.S. Process Services

mfoster@apsprocess.com

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.

*Exh 3 - 192*

Civil Action No. 3:22-cv-2580-D

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 APR -4 PM 3:07

DEPUTY CLERK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHARLES B McMILLIAN was received by me on *(date)* Apr 3, 2023, 1:20 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: https://www.youtube.com/@Skinnydadon2 PER THE ORDER FOR SUBSTITUTED SERVICE ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 04/04/2023

_____
*Server's signature*

Matthew James Foster  -  PROCESS SEVER
_____
*Printed name and title*

1910 Pacific Avenue, Suite 9300, Dallas, TX 75201
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 4, 2023, 9:25 am at 3715 BROAD RIVER RD, SUITE A, COLUMBIA, SC 29210 received by CHARLES B McMILLIAN.
https://www.youtube.com/@Skinnydadon2

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE OF RIGHT TO CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND MEMORANDUM OPINION AND ORDER GRANTING MOTION FOR SUBSTITUTED SERVICE.

Exh  3 - 2g2



Payment receipt

# You paid $100.00

to A.P.S. Process Services on April 11, 2023

| | |
|---|---:|
| Invoice no. | 44510 |
| Invoice amount | $100.00 |
| Total | $100.00 |
| | |
| Status | Paid |
| Payment method | AMEX****2008 |
| Authorization ID | MS0160609477 |

Thank you

## A.P.S. Process Services

mfoster@apsprocess.com

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.

4 – Exh. log 2

Civil Action No. 3:22-cv-2580-N-BN

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MR. CHARLES 8. MCMILLAN, a/k/a MR.SKINNY TV LLC.,
MR. SKINNY DA DON was received by me on *(date)* Apr 11, 2023, 9:46 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service
of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: https://www.youtube.com/@Skinnydadon2 cmacmills@gmail.com ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 04/11/2023

_____
*Server's signature*

Matthew James Foster - Process Server
_____
*Printed name and title*

1910 Pacific Avenue, Suite 9300, Dallas, TX 75201
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 11, 2023, 11:12 am at 224 DOOLITTLE DR, CHAPIN, SC 29036 received by MR. CHARLES 8.
MCMILLAN, a/k/a MR.SKINNY TV LLC., MR. SKINNY DA DON.
https://www.youtube.com/@Skinnydadon2 cmacmills@gmail.com

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION, COMPLAINT WITH EXHIBIT 2,
NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE,
NOTICE OF RIGHT TO CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE AND
ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND ORDER
GRANTING MOTION TO AMEND AND DENYING CONSTRUED MOTION CONCERNING DISCOVERY.

4 — Exh. 2g2



# GOTCHA
## LEGAL SERVICES

*On a Mission for Justice*

CHERYL Y. JERNIGAN
1443 MORRELL AVENUE
DALLAS TX 75203

| Friday February 10, 2023 | *I N V O I C E* | JERNIGAN.90310 |
|---|---|---|

Case #: 3:22-cv-2580-D
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS
Title: CHERYL Y. JERNIGAN vs. CHARLES B. MCMILLAN
Documents: SUMMONS IN A CIVIL ACTION COMPLAINT; NOTICE AND ELECTION REGARDING
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

| Date | Description | Amount |
|---|---|---|
| 02/02/23 07:42AM | Returned Not Served: CHARLES B. MCMILLAN, AT Home 224 DOOLITTLE DRIVE CHAPIN, SC 29036, Returned By: OUTSIDE SERVER. | |
| 01/19/23 | PREPAYMENT OF SERVICE  Check Number: CC, Thank You! | -267.55 |
| 02/02/23 | CANCELLED SERVICE | 267.55 |
| | | **0.00** |

P.O. BOX 6695  SAN MATEO, CA  94403
Telephone: 650 577-1860  Tax ID: 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

5 - Exh 1

# AFFIDAVIT OF NON-SERVICE

UNITED STATES DISTRICT COURT
District of Texas

Case Number: 3:22-CV-2580-D

Plaintiff:
**Cheryl Y. Jernigan**

vs.

Defendant:
**Charles B. McMillan, et al.**

Received by FALCON EXPRESS SERVICES, LLCto be served on **Charles B. McMillan, 224 Doolittle Drive, Chapin, SC 29036**.

I, Jeremy DiCarmine, being duly sworn, depose and say that on the **2nd day of February, 2023** at **7:42 am**, I:

**NON-SERVED the SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (UNSIGNED), NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (SIGNED), AND NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (SIGNED)** for the reason that I failed to find **Charles B. McMillan** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
1/25/2023  7:06 pm  Attempted service at 224 Doolittle Drive, Chapin, SC 29036. No answer. Decorated vehicle was in the driveway. There weren't any lights on inside of the home but the garage light was on.
2/1/2023  1:40 pm  Attempted service at 224 Doolittle Drive, Chapin, SC 29036. No answer. Same vehicle still in the driveway. Lights on both sides of garage.
2/2/2023  7:42 am  Attempted service at 224 Doolittle Drive, Chapin, SC 29036. No answer. Garage lights are still on and vehicle is still in the same spot. The front door was slightly ajar. I spoke with a neighbor walking his dog and he stated that the defendant is in and out all day but is usually home because of his YouTube channel.

Is the place of service the dwelling / usual place of abode for the party served? (  ) Yes   (  ) No  (X) Unknown

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 10th day
of February, 2023 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC
My Commission Expires:

Bradleigh Ewing
NOTARY PUBLIC
State of South Carolina
My Commission Expires 8/4/2031

**Jeremy DiCarmine**
Process Server

**FALCON EXPRESS SERVICES, LLC**
**P.O. Box 874**
**Charleston, SC 29402-0874**
**(843) 577-9696**

Our Job Serial Number: FES-2023000501

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

Exh 6 - 1

Tracking Number:

# 70223330000157313145

Copy  Add to Informed Delivery

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Moving Through Network

In Transit to Next Facility
May 22, 2023

**Departed USPS Regional Facility**
DALLAS TX DISTRIBUTION CENTER
May 18, 2023, 5:02 am
**Arrived at USPS Regional Origin Facility**
DALLAS TX DISTRIBUTION CENTER
May 17, 2023, 2:45 pm
**Departed USPS Regional Facility**
MERRIFIELD VA DISTRIBUTION CENTER
May 15, 2023, 4:00 pm
**Arrived at USPS Regional Facility**
MERRIFIELD VA DISTRIBUTION CENTER
May 14, 2023, 7:37 am
**Refused**
CHAPIN, SC 29036
April 19, 2023, 12:51 pm
**Available for Pickup**
CHAPIN, SC 29036
April 19, 2023, 8:38 am
**Arrived at USPS Facility**
FLORENCE, SC 29501
April 15, 2023, 6:09 am
**Arrived at USPS Regional Destination Facility**
COLUMBIA SC PROCESSING CENTER
April 14, 2023, 5:53 pm
**Arrived at USPS Regional Origin Facility**
COPPELL TX DISTRIBUTION CENTER
April 13, 2023, 12:39 am
**USPS in possession of item**
DALLAS, TX 75260
April 12, 2023, 7:35 pm

14

*Exh  7 - 1 pg*

COLUMBIA SC PROCESSING CENTER
February 4, 2023, 1:29 pm
**Departed USPS Regional Origin Facility**
COPPELL TX DISTRIBUTION CENTER
January 30, 2023, 10:36 pm
**Arrived at USPS Regional Origin Facility**
COPPELL TX DISTRIBUTION CENTER
January 30, 2023, 9:37 pm
**USPS in possession of item**
DALLAS, TX 75260
January 30, 2023, 6:02 pm

Tracking Number:

# 70221670000165262856

Latest Update

Your item was returned to the sender at 1:18 pm on April 25, 2023 in DALLAS, TX 75203 because the forwarding order for this address is no longer valid.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**
Alert
**Forward Expired**
DALLAS, TX 75203
April 25, 2023, 1:18 pm

**Departed USPS Regional Facility**
DALLAS TX DISTRIBUTION CENTER
April 25, 2023, 5:58 am
**Arrived at USPS Regional Origin Facility**
DALLAS TX DISTRIBUTION CENTER
April 24, 2023, 12:05 pm
**Departed USPS Regional Destination Facility**
GREENVILLE SC DISTRIBUTION CENTER
April 22, 2023, 10:12 am
**Arrived at USPS Regional Destination Facility**
GREENVILLE SC DISTRIBUTION CENTER
April 21, 2023, 11:15 am
**Unclaimed/Being Returned to Sender**
CHAPIN, SC 29036
April 3, 2023, 11:06 am
**Held at Post Office, At Customer Request**
CHAPIN, SC 29036
February 22, 2023, 6:38 pm
**Out for Delivery**
CHAPIN, SC 29036

6

Exh. 8-1 pr

Tracking Number:

**70222410000268200011**

Copy Add to Informed Delivery

**Latest Update**

Your item arrived at our USPS facility in MERRIFIELD VA DISTRIBUTION CENTER on May 1, 2023 at 12:17 pm. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Moving Through Network**

Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER
May 1, 2023, 12:17 pm

Unclaimed/Being Returned to Sender
CHAPIN, SC 29036
April 3, 2023, 11:11 am

Held at Post Office, At Customer Request
CHAPIN, SC 29036
February 16, 2023, 5:10 pm

Departed USPS Regional Destination Facility
COLUMBIA SC PROCESSING CENTER
February 15, 2023, 6:09 pm

Arrived at USPS Regional Destination Facility
COLUMBIA SC PROCESSING CENTER
February 15, 2023, 3:10 pm

In Transit to Next Facility
February 14, 2023

Arrived at USPS Regional Origin Facility
COPPELL TX DISTRIBUTION CENTER
February 11, 2023, 10:49 pm

USPS in possession of item
DALLAS, TX 75260
February 10, 2023, 9:19 pm

8

Exh 9-1 pp

Tracking Number:

## 70223330000157372845

Copy Add to Informed Delivery

**Latest Update**

Your item departed our COLUMBIA SC PROCESSING CENTER destination facility on June 24, 2023 at 2:36 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Processing at Destination**

**Departed USPS Regional Destination Facility**
COLUMBIA SC PROCESSING CENTER
June 24, 2023, 2:36 am

**Arrived at USPS Regional Destination Facility**
COLUMBIA SC PROCESSING CENTER
June 23, 2023, 11:14 am

**Arrived at USPS Regional Origin Facility**
COPPELL TX DISTRIBUTION CENTER
June 21, 2023, 12:05 am

**Departed USPS Regional Facility**
DALLAS TX DISTRIBUTION CENTER
June 19, 2023, 5:39 am

**Arrived at USPS Regional Origin Facility**
DALLAS TX DISTRIBUTION CENTER
June 18, 2023, 12:36 pm

**Departed USPS Regional Facility**
PITTSBURGH PA DISTRIBUTION CENTER
June 14, 2023, 7:10 am

**Arrived at USPS Regional Facility**
PITTSBURGH PA DISTRIBUTION CENTER
June 13, 2023, 2:18 pm

**Departed USPS Regional Destination Facility**
GREENVILLE SC DISTRIBUTION CENTER
May 11, 2023, 8:35 am

**Arrived at USPS Regional Destination Facility**
GREENVILLE SC DISTRIBUTION CENTER
May 10, 2023, 9:27 am

**Unclaimed/Being Returned to Sender**
CHAPIN, SC 29036
April 22, 2023, 10:14 am

**Held at Post Office, At Customer Request**
CHAPIN, SC 29036
March 14, 2023, 4:55 pm

**Out for Delivery**
CHAPIN, SC 29036

9

*10 - Exh. 1 pg*

Tracking Number:

## 70222410000268199995

Copy Add to Informed Delivery

### Latest Update

Your item was returned to the sender at 12:39 pm on April 14, 2023 in DALLAS, TX 75203 because the forwarding order for this address is no longer valid.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Alert

Forward Expired
DALLAS, TX 75203
April 14, 2023, 12:39 pm

Departed USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER
April 14, 2023, 5:04 am
Arrived at USPS Regional Origin Facility
DALLAS TX DISTRIBUTION CENTER
April 13, 2023, 9:07 pm
Arrived at USPS Regional Destination Facility
GREENVILLE SC DISTRIBUTION CENTER
April 11, 2023, 10:13 am
Unclaimed/Being Returned to Sender
CHAPIN, SC 29036
March 14, 2023, 3:52 pm
Reminder to Schedule Redelivery of your item
February 15, 2023
Notice Left (No Authorized Recipient Available)
CHAPIN, SC 29036
February 10, 2023, 12:46 pm
Held at Post Office, At Customer Request
CHAPIN, SC 29036
February 6, 2023, 4:31 pm
Out for Delivery
CHAPIN, SC 29036
February 6, 2023, 8:36 am
Arrived at Post Office
CHAPIN, SC 29036
February 6, 2023, 8:25 am
In Transit to Next Facility
February 5, 2023
Departed USPS Regional Destination Facility
COLUMBIA SC PROCESSING CENTER
February 4, 2023, 5:21 pm
Arrived at USPS Regional Destination Facility

5

*Exh || – |*

Tracking Number:

## 70181130000012454704

## Latest Update

Your item is being held at the CHAPIN, SC 29036 post office at 9:22 pm on December 19, 2022.
This is at the request of the customer.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**
Delivery Attempt
Held at Post Office, At Customer Request
CHAPIN, SC 29036
December 19, 2022, 9:22 pm

Out for Delivery
CHAPIN, SC 29036
December 19, 2022, 11:27 am
Arrived at Post Office
CHAPIN, SC 29036
December 19, 2022, 11:16 am
In Transit to Next Facility
December 18, 2022
Departed USPS Regional Destination Facility
COLUMBIA SC PROCESSING CENTER
December 16, 2022, 10:11 pm
Arrived at USPS Regional Destination Facility
COLUMBIA SC PROCESSING CENTER
December 16, 2022, 8:30 am
Departed USPS Regional Origin Facility
COPPELL TX DISTRIBUTION CENTER
December 13, 2022, 11:47 pm
Arrived at USPS Regional Origin Facility
COPPELL TX DISTRIBUTION CENTER
December 13, 2022, 10:18 pm
USPS in possession of item
DALLAS, TX 75260
December 13, 2022, 7:36 pm

1

12 - Exh. 1 pg



**PACER**

Public Access to Court Electronic Records

*Invoice*

Invoice Date: 04/04/2023

Usage From:  01/01/2023      to: 03/31/2023

Account Summary

| | |
|---|---|
| **Pages:** | 304 |
| Rate: | $0.10 |
| Subtotal: | $30.40 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $30.40 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$30.40** |

| | |
|---|---|
| **Account #:** | 6489439 |
| **Invoice #:** | 6489439-Q12023 |
| **Due Date:** | 05/10/2023 |
| **Amount Due:** | $30.40 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 7 am - 6 pm CT M-F
pacer@psc.uscourts.gov

*Total Amount Due:*  $30.40

### New PSC Hours of Operation

On April 3, the PACER Service Center (PSC) began operating earlier morning hours, from 7 a.m. to 6 p.m. CT, Monday through Friday.

The change, from 8 a.m. to 7 a.m. CT, allows the PSC to accommodate more users around the country.

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please detach the coupon below and return with your payment.* **Thank you!**



**PACER**

Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6489439 | 05/10/2023 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $30.40, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

Cheryl Y. Jernigan
1443 Morrell Ave
Dallas 1443 Morrell Ave
Dallas, TX 75203

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

13 Exh.  1 pg